UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA STATE, et al.,<br><br>Respondents. | Case No. 25-cv-09288-EKL<br><br>**ORDER OF TRANSFER** |

This is a habeas case brought pro se by a state prisoner. While it is difficult to understand petitioner's contentions, he states that he was given a pardon by President Nixon in person, in Auburn, California. Auburn is in the venue of the Eastern District of California. He includes exhibits that indicate he was sentenced in 2008 to life with parole in the Eastern District. ECF No. 1 at 18. Petitioner is also incarcerated in the Eastern District. While petitioner briefly mentions this district and a case number (ECF No. 1 at 48), that case was filed in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). This district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a), and petitioner was convicted in the Eastern District of California and is incarcerated in that district, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: October 31, 2025

Eumi K. Lee
United States District Judge